|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | EASTERN DISTRICT OF CALIFORNIA | |
| 10 | SACRAMENTO DIVISION | |
| 11 | LEWIS CLINTON, JR., | Case No. 2:16-cv-02228-WHO |
| 12 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| 13 | v. | |
| 14 | SELECT PORTFOLIO SERVICING, INC.; NATIONAL DEFAULT SERVICING CORPORATION; and DOES 1-10, inclusive, | |
| 16 | Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff Lewis Clinton, Jr. and Defendants Select Portfolio Servicing, Inc., National Default Servicing Corporation (collectively the "Parties"), each acting through their undersigned attorneys of record in this action, that this action is to be dismissed in its entirety with prejudice, and that each party shall bear its own attorneys' fees and costs.

Dated: June 9, 2017                THE WYATT LAW CORPORATION

By: /s/ Russell A. Wyatt (as authorized on 6/9/17)
RUSSELL A. WYATT
Attorney for Plaintiff
LEWIS CLINTON, JR.

Dated: June 9, 2017                STOEL RIVES LLP

By: /s/ Thomas A. Woods
THOMAS A. WOODS
TIFFANIE C. DE LA RIVA
Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC.;
NATIONAL DEFAULT SERVICING CORPORATION

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by law.

Dated: June 9, 2017

/s/ Thomas A. Woods
THOMAS A. WOODS

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | After consideration of the foregoing, IT IS HEREBY ORDERED that this action, is |
| 3 | dismissed in its entirety with prejudice. |
| 4 | PURSUANT TO STIPULATION, IT IS SO ORDERED |
| 6 | Dated: June 12, 2017_____    _____ |
| 7 | Honorable William H. Orrick, III<br>United States District Court Judge |